UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

        Plaintiffs,

   v.

STARBUCKS CORPORATION,

        Defendants.

Case No. 21-cv-09371-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/4/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  10/7/2022

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/16/2022.

DESIGNATION OF EXPERTS: 11/10/22; REBUTTAL: 11/27/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/16/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/13/2023;
    Opp. Due: 1/27/2023; Reply Due: 2/3/2023;
    and set for hearing no later than 2/17/2023 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  3/21/2023;
PRETRIAL CONFERENCE DATE: 4/4/2023 at 3:30 PM.

JURY TRIAL DATE: 4/17/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 2-3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 29, 2022

_____
SUSAN ILLSTON
United States District Judge